1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, NV 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
6 Email: william.habdas@akerman.com

7 Attorneys for *Plaintiff The Bank of New York*
*Mellon fka the Bank of New York as Trustee*
8 *for the Certificateholders of the CWABS, Inc.,*
*Asset-Backed Certificates, Series 2006-4*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-4,<br><br>Plaintiff,<br><br>vs.<br><br>OAK PARK HOMEOWNERS ASSOCIATION; 886 PARK WALK TRUST; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-03084-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-4 TO RESPOND TO OAK PARK HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS** |

The parties respectfully submit the following Stipulation to allow plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, series 2006-4 (**BNY Mellon**) fourteen additional days from January 24, 2018 to file its Response to defendant Oak Park Homeowners Association's (**Oak Park**) Motion to Dismiss (**motion**) (ECF No. 10). Oak Park filed its motion on January 10, 2018, and BNY Mellon's response was due January 24, 2018. (*See* ECF No. 10.) Pursuant to Stipulation of the parties, BNY Mellon shall have until February 7, 2018 to file a responsive pleading. Oak Park shall have until February 21, 2018 to file its reply.

43876894;1

The parties enter into this Stipulation in order to address current time constraints on plaintiff's counsel. This is the parties' first request for an extension.

DATED this 19th day of January, 2018.

| **LEACH JOHNSON SONG & GRUCHOW** | **AKERMAN LLP** |
|---|---|
| /s/ *Sean L. Anderson* | /s/ *William Habadas* |
| SEAN L. ANDERSON | MELANIE D. MORGAN, ESQ. |
| Nevada Bar No. 7259 | Nevada Bar No. 8215 |
| T. CHASE PITTSENBARGER | WILLIAM S. HABDAS, ESQ. |
| Nevada Bar No. 13740 | Nevada Bar No. 13138 |
| 8945 w. Russel Road, Suite 330 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89135 |
| *Attorneys for Defendant Oak Park Homeowners Association* | *Attorneys for Plaintiff The Bank of New York Mellon fka the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-4* |

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED:

　　　　January 22, 2018

**AKERMAN LLP**
1635 Village Center Circle, Suite 200
VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572