LUIS A. AYON, ESQ.
NEVADA BAR NO. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com
*Attorneys for Defendant*
*886 Park Walk Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2006-4.<br><br>Plaintiff,<br>v.<br><br>OAK PARK HOMEOWNERS ASSOCATION; 886 PARK WALK TRUST; and ABSOLUTE COLLECTION SERVICES, LLC<br><br>Defendants. | Case No.: 2:17-cv-03084-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR 886 PARK WALK TRUST TO FILE RESPONSE TO BANK OF NEW YORK MELLON'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 36]**<br><br>**(FIRST REQUEST)** |

Pursuant to FRCP 6(b) Defendant 928 Park Walk Trust, ("Defendant'), by and through their respective counsel of record, Luis A. Ayon, respectfully submit this stipulation and order to extend time to respond to Plaintiff, Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate holders of the CWABS, Inc, Asset-Backed Certificate Series 2006-4's, ("BoNY") Motion for Partial Summary Judgment ("BoNY Motion"). This is the first request for an extension.

This request is made for good cause and not for purpose of delay. BoNY filed its Motion for Partial Summary Judgment on August 8, 2018. Defendant's Response to BoNY Motion was due on August 29th, 2018. Due to Defendant's complex schedule, Defendant inadvertently failed to file the Response on August 29th, 2018. Defendant counsel's failure to file a Response was due to

excusable neglect. Defendant is requesting to file a Response to ECF No. 36.

IT IS HEREBY STIPULATED AND AGREED that Defendant shall have up until September 21, 2018 to file its Response to BoNY's Motion for Partial Summary Judgment [ECF No. 36].

DATED this 21th day of September, 2018.

| AYON LAW, PLLC | AKERMAN LLP |
|---|---|
| /s/ Luis A. Ayon, Esq.<br>Luis A. Ayon, Esq.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Ave, Suite 115<br>Las Vegas, NV 89148<br>*Attorney for Defendant and Counter-Claimant 886 Park Walk Trust* | /s/ William S. Habdas<br>Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>William S. Habdas, Esq.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for The Bank of New York Mellon fka the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-4* |

## **ORDER**

IT IS SO ORDERED.

Dated this  24th  day September, 2018.

_____
DISTRICT COURT JUDGE